**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| DISCOVERORG, LLC, | Case No. 3:17-cv-6057 |
| Plaintiff, | **COMPLAINT** |
| v. | **JURY DEMAND** |
| VALUELABS, INC., | |
| Defendant. | |

COMPLAINT
[3:17-cv-6057]

Newman Du Wors LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

Plaintiff DiscoverOrg, LLC ("DiscoverOrg"), for its complaint against ValueLabs, Inc. ("ValueLabs"), alleges as follows:

## PARTIES

1. DiscoverOrg is a Delaware limited liability corporation with its principal place of business in Vancouver, Washington.

2. ValueLabs is a California corporation with a principal place of business in Telangana, India, and does business in the State of Washington.

## JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332, as the parties are completely diverse in citizenship and the amount in controversy exceeds $75,000, and separately under 18 U.S.C. §§ 1331 and 1338(a) and (b) because DiscoverOrg asserts claims arising under Federal Law. This court also has supplemental jurisdiction for the state law claims pursuant to 28 U.S.C. § 1367.

4. This court has personal jurisdiction over ValueLabs, and venue is properly laid in this district court pursuant to 28 U.S.C. § 1391 and 28 U.S.C. § 1400(a), in that ValueLabs transacts business in this state and has committed tortious acts within this state. See RCW 4.28.185. Additionally, on information and belief, ValueLabs advertises its products and services within the State of Washington, directs its products and services through the stream of commerce into the State of Washington, or otherwise has sufficient minimum contacts with the State of Washington so as to be subject to the personal jurisdiction of its courts.

## FACTS AND ALLEGATIONS

**A.  DiscoverOrg's Database**

5. DiscoverOrg is a provider of business-to-business ("b2b") marketing data, which it delivers to clients via a password-secured, online graphical user interface. DiscoverOrg uses technology, computers, and electronic communication systems to provide subscribers with to its database of marketing information profiling businesses in the United States and globally. DiscoverOrg has been

COMPLAINT—1
[3:17-cv-6057]

Newman Du Wors LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

recognized as an industry leader in sales and marketing intelligence. The depth, breadth, and accuracy of DiscoverOrg's database is unrivaled in the marketplace.

6. DiscoverOrg has made substantial investments in infrastructure and resources to support its database and ensure that it is of the highest quality. DiscoverOrg employee more than 150 research analysts focused on building, managing, and updating DiscoverOrg's database, resulting in timely and comprehensive data being made available to DiscoverOrg's clients. DiscoverOrg has expended substantial labor, time, resources, effort, and money to select, gather, collect, organize, generate, arrange, and disseminate the timely and continuously updated information DiscoverOrg provides in its database. In total DiscoverOrg employs more than 450 people and has made significant investment in developing and purchasing software, hardware and other equipment to continuously update and support the accuracy and comprehensiveness of its database. DiscoverOrg's database exhibits DiscoverOrg's decisions and input as to the selection, arrangement, orchestration, compilation, and presentation of the organizational charts, contacts, and other information collected and assembled by DiscoverOrg's analysts.

7. DiscoverOrg's database is valuable to companies like ValueLabs, who seek detailed information to assist in their efforts to market their products and services. DiscoverOrg has licensed subscription access to its database to over 2,000 companies, who pay licensing fees for the right to access and use DiscoverOrg's database.

8. The value of DiscoverOrg's database is related to and dependent upon its proprietary and non-public nature. Accordingly, DiscoverOrg takes steps to protect the security of the information contained in its database. For example, DiscoverOrg limits access to its database to only authorized users pursuant to restrictive license agreements, which limit the number of users who have access to DiscoverOrg's database. DiscoverOrg password protects access to its database, and

COMPLAINT—1
[3:17-cv-6057]

NEWMAN DU WORS LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

utilizes mail monitoring and list protection to further secure and ensure the integrity of DiscoverOrg's database.

9. DiscoverOrg's proprietary system, database, data, graphical user interface, and other valuable business information and online elements are protected by various laws and provisions, including but not limited to copyright, trade secret, and contract, among other laws.

**B.   Business Discussions between ValueLabs and DiscoverOrg**

10. As early as 2015, there have been communications between representatives of DiscoverOrg and representatives of ValueLabs regarding the possibility of a license agreement pursuant to which ValueLabs would acquire a license to portions of DiscoverOrg's database. In 2016, ValueLabs representatives were granted a free trial license as part of an evaluation, which DiscoverOrg provided (the "2016 Trial"). Pursuant to the 2016 Trial, ValueLabs was provided with 4 "Authorized User" accounts with access to portions of DiscoverOrg's database. The 2016 Trial went from June 23, 2016 to June 30, 2016. ValueLabs opted not to acquire a paid license after the 2016 Trial. After the 2016 Trial, ValueLabs continued to demonstrate interest in DiscoverOrg's product by participating in demonstrations, sales call and responding to outreach efforts. None of these conversations ended with ValueLabs committing to acquiring a license.

**C.   ValueLabs's Wrongful Conduct**

11. Instead of acquiring a paid license, ValueLabs, without authorization from DiscoverOrg, obtained and used passwords and login credentials issued to other DiscoverOrg clients in order to access DiscoverOrg's proprietary information and use it to sell ValueLabs products.

12. Between April 2017 and now, ValueLabs accessed DiscoverOrg's database via its online user interface, running searches and viewing the proprietary information displayed therein. During that period, ValueLabs accessed at least 3,900 records. The information wrongfully accessed was commercially exploited by

COMPLAINT—1
[3:17-cv-6057]

NEWMAN DU WORS LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

ValueLabs for its sales and marketing purposes, including conducting email marketing campaigns using the misappropriated information.

13. ValueLabs acted knowingly, intentionally, and willfully in accessing DiscoverOrg's computer and electronic communication system without authorization and in viewing and downloading DiscoverOrg's proprietary, copyrighted information. ValueLabs circumvented DiscoverOrg's security system and unlawfully accessed DiscoverOrg's database to gain the commercial benefit thereof without compensating DiscoverOrg. ValueLabs's unauthorized use of DiscoverOrg's proprietary information has furthered ValueLabs's financial interest by facilitating identifying and contacting potential new customers and business opportunities, among other uses, and ValueLabs has wrongfully profited therefrom.

14. ValueLabs has further intentionally interfered with the contractual relationship between DiscoverOrg and one or more licensees of DiscoverOrg's data. ValueLabs knew that DiscoverOrg's data was non-public and proprietary and subject to restrictive license agreements prohibiting transfer to third parties like ValueLabs. Nevertheless, ValueLabs knowingly encouraged authorized users of DiscoverOrg data to violate these license agreements by providing ValueLabs with DiscoverOrg's proprietary data. ValueLabs did so to gain the commercial benefit of DiscoverOrg's data without compensating DiscoverOrg. ValueLabs has wrongfully profited from these activities and has harmed DiscoverOrg by diminishing the market value of DiscoverOrg's database.

15. At all relevant times, ValueLabs had a duty to train and supervise the conduct of its employees and agents acting on its behalf. ValueLabs was negligent in failing to train and monitor its employees and agents adequately and in failing to have appropriate policies in place regarding unauthorized access to computer systems, communication, storage networks, and copyrighted works and trade secrets and/or failing to enforce such policies.

16. All actions herein alleged to have been done by ValueLabs were, upon

COMPLAINT—1
[3:17-cv-6057]

Newman Du Wors LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

information and belief, performed by employees or other agents of ValueLabs within the scope of their employment or other agency relationship with ValueLabs, on ValueLabs's behalf, and for ValueLabs's benefit.

## FIRST CLAIM FOR RELIEF

**(Theft of Trade Secrets - 18 U.S.C. § 1832 et seq.)**

17. DiscoverOrg incorporates herein by reference the allegations in paragraphs 1 through 16.

18. DiscoverOrg gathers, organizes, generates, collects, and assembles in-depth, commercially-valuable information (including reporting structures, contact information, and other data) expending substantial time, labor, and expense. DiscoverOrg's database and the information contained therein comprise a compilation of business information. Information from DiscoverOrg's database is used in interstate commerce.

19. The compilation of information in DiscoverOrg's database derives independent economic value from not being generally known to, and not being readily ascertainable through proper means by, those who are not licensed by DiscoverOrg to access the database. Non-licensees can obtain economic value from the disclosure or use of the information in DiscoverOrg's database.

20. DiscoverOrg has taken reasonable measures to protect keep the information in its database secret by limiting access to those customers who agree to the terms of the access in the licensing agreement, and requiring password authentication to access the database through its secure online portal. DiscoverOrg also does its best to monitor access to the database and use of the information to further ensure its security.

21. ValueLabs used improper means, including theft, unauthorized access to a protected computer, and inducement to breach a duty to maintain secrecy, to obtain access to and acquire information from DiscoverOrg's database. ValueLabs knew or had reason to know at the time it obtained, and at the times it used,

COMPLAINT—1
[3:17-cv-6057]

NEWMAN DU WORS LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

DiscoverOrg information that such information was obtained from persons owing DiscoverOrg a duty to maintain the secrecy thereof.

22.   ValueLabs attempted to and did knowingly and without authorization download, copy, and duplicate information from DiscoverOrg's proprietary database. ValueLabs received and possessed information from DiscoverOrg's proprietary database that ValueLabs knew to have been converted without authorization.

23.   ValueLabs willfully and maliciously misappropriated DiscoverOrg's trade secrets by obtaining login credentials that were not issued to ValueLabs, accessing DiscoverOrg's computer systems without authorization, copying the information contained therein, and using that information for ValueLabs's financial gain.

24.   DiscoverOrg has been damaged by ValueLabs's actions through the lost opportunity to realize licensing revenue and the diminution of the market value of its proprietary information. ValueLabs has been unjustly enriched by the use of valuable marketing and sales information without paying compensation and through the consummation of business transactions that would not have occurred without use of the stolen information. DiscoverOrg would, in the alternative, be entitled to a reasonable royalty for ValueLabs's use of the information.

25.   By reason of the foregoing, ValueLabs is liable to DiscoverOrg for damages and unjust enrichment or a reasonably royalty, in an amount to be proven at trial. DiscoverOrg is also entitled to exemplary damages and its reasonable attorney fees. Finally, DiscoverOrg is entitled to an injunction preventing ValueLabs from continuing to possess or use information obtained from DiscoverOrg's database.

## SECOND CLAIM FOR RELIEF

**(Misappropriation of Trade Secrets - RCW 19.108.010 et seq.)**

26.   DiscoverOrg incorporates herein by reference the allegations in

COMPLAINT—1
[3:17-cv-6057]

NEWMAN DU WORS LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

paragraphs 1 through 25.

27. By reason of the foregoing, ValueLabs is liable to DiscoverOrg for damages and unjust enrichment or a reasonably royalty, in an amount to be proven at trial. DiscoverOrg is also entitled to exemplary damages and its reasonable attorney fees. Finally, DiscoverOrg is entitled to an injunction preventing ValueLabs from continuing to possess or use information obtained from DiscoverOrg's database.

### THIRD CLAIM FOR RELIEF
### (Misappropriation)

28. DiscoverOrg incorporates herein by reference the allegations in paragraphs 1 through 27.

29. DiscoverOrg gathers, organizes, generates, collects, and assembles in-depth, commercially-valuable information (including reporting structures, contact information, and other data) expending substantial time, labor, and expense.

30. ValueLabs intentionally and without permission, accessed and copied information from DiscoverOrg's database, used the stolen information for its own financial gain, and profited therefrom. ValueLabs has taken a "free-ride" on DiscoverOrg's skill, labor, and costly and substantial efforts in creating its commercially-valuable database.

31. ValueLabs's actions have damaged DiscoverOrg in the form of lost profits and diminution of the market value of its database. By reason of the foregoing misappropriation of DiscoverOrg's data, ValueLabs is liable to DiscoverOrg for compensatory damages including wrongfully derived revenues in an amount to be proven at trial.

### FOURTH CLAIM FOR RELIEF
### (Copyright Infringement)

32. DiscoverOrg incorporates herein by reference the allegations in paragraphs 1 through 31.

COMPLAINT—1
[3:17-cv-6057]

NEWMAN DU WORS LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

33. DiscoverOrg's database is an original work of authorship containing copyrightable subject matter for which copyright protection exists under the Copyright Act. DiscoverOrg has filed for copyright registration with the United States Copyright Office in compliance with 17 U.S.C. § 101 et seq. DiscoverOrg's copyright was registered December 27, 2010 with registration number TX0007487999.

34. As owner of all right, title, and interest in and to the copyrighted works, DiscoverOrg is entitled to all the exclusive rights and remedies accorded by Section 106 of the Copyright Act to a copyright owner, including the exclusive rights to reproduce the copyrighted works and to sell non-exclusive licenses to those copyrighted works.

35. ValueLabs has gained access to and made and used copies of DiscoverOrg's copyrighted material without authorization or license from DiscoverOrg. ValueLabs used those copies for ValueLabs's financial gain without compensating DiscoverOrg. In doing so, ValueLabs has violated DiscoverOrg's exclusive rights of reproduction and distribution.

36. At all relevant times, ValueLabs had the responsibility and the ability to supervise and monitor the actions its employees and agents, whose actions were performed on its behalf and for its direct financial benefit and were within the scope of their employment for ValueLabs.

37. With knowledge of the infringing activity, ValueLabs induced, caused, facilitated, encouraged, and/or or materially contributed to the infringing conduct.

38. ValueLabs's acts of infringement have been willful and intentional, in disregard of and with indifference to the rights of DiscoverOrg.

39. As a direct and proximate results of the foregoing acts, DiscoverOrg has been and will continue to be harmed. DiscoverOrg is entitled to its actual damages, including any and all profits due to ValueLabs's wrongful conduct, or statutory damages. DiscoverOrg is also entitled to its costs, including reasonable attorney

COMPLAINT—1
[3:17-cv-6057]

NEWMAN DU WORS LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

fees.

## FIFTH CLAIM FOR RELIEF

### (Violation of the Computer Fraud and Abuse Act)

40. DiscoverOrg incorporates herein by reference the allegations in paragraphs 1 through 39.

41. DiscoverOrg's computer system and database comprise "protected computers" within the meaning of 18 U.S.C. § 1030(e)(2).

42. ValueLabs, knowingly and with intent to defraud DiscoverOrg, accessed DiscoverOrg's protected computers without authorization and thereby obtained valuable information from such protected computers using interstate communication.

43. ValueLabs's actions constitute violations of 18 U.S.C. §§ 1030(a)(2)(C) and 1030(a)(4).

44. ValueLabs's unauthorized access of DiscoverOrg's computer system has caused loss to DiscoverOrg of more than $5,000 in value.

45. By reason of the foregoing, DiscoverOrg is entitled to compensatory damages in an amount to be determined at trial pursuant to 18 U.S.C. § 1030(g).

## SIXTH CLAIM FOR RELIEF

### (Trespass to Chattels)

46. DiscoverOrg incorporates herein by reference the allegations in paragraphs 1 through 45.

47. DiscoverOrg owns a computer system that houses its proprietary electronic database. DiscoverOrg grants password access to this system only to its clients.

48. ValueLabs intentionally accessed DiscoverOrg's computer system without authorization and thereby interfered with DiscoverOrg's possessory interest in its computer systems.

49. As a result of ValueLabs's trespass to DiscoverOrg's computer system,

COMPLAINT—1
[3:17-cv-6057]

NEWMAN DU WORS LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

ValueLabs caused damage to DiscoverOrg's database including, but not limited to, the diminution in the market value of DiscoverOrg's computerized data and information stored on such computer system. By reason of the foregoing, ValueLabs is liable to DiscoverOrg for compensatory damages in an amount to be proven at trial.

## SEVENTH CLAIM FOR RELIEF
### (Unjust Enrichment)

50. DiscoverOrg incorporates herein by reference the allegations in paragraphs 1 through 49.

51. Through ValueLabs's wrongful actions described herein, ValueLabs has been unjustly enriched through the use of DiscoverOrg's commercially-valuable data without compensation to DiscoverOrg.

52. ValueLabs is therefore liable to DiscoverOrg to the extent of such unjust enrichment in an amount to be determined at trial.

## EIGHTH CLAIM FOR RELIEF
### (Intentional Interference with Contract)

53. DiscoverOrg incorporates herein by reference the allegations in paragraphs 1 through 52.

54. ValueLabs was aware that access to and use of DiscoverOrg's data was subject at all relevant times to restrictive license agreements between DiscoverOrg and its licensees prohibiting transfer to and use by third parties.

55. ValueLabs knowingly and wrongfully encouraged one or more licensees of DiscoverOrg's proprietary data to transfer the same to ValueLabs in violation of their license agreements.

56. ValueLabs's sole purpose in encouraging this breach of contract was to benefit from the commercial value of DiscoverOrg's data without compensation to DiscoverOrg.

57. ValueLabs unjustly profited from this breach of contract, and harmed

COMPLAINT—1
[3:17-cv-6057]

NEWMAN DU WORS LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

DiscoverOrg by causing a diminution of the commercial value of DiscoverOrg's data.

58. By reason of the foregoing, ValueLabs is liable to DiscoverOrg for compensatory damages in an amount to be proven at trial.

## NINTH CLAIM FOR RELIEF

**(Negligence)**

59. DiscoverOrg incorporates herein by reference the allegations in paragraphs 1 through 58.

60. At all relevant times, ValueLabs was under a duty to take reasonable care in training and supervising its employees and other agents acting on its behalf.

61. It was foreseeable that the failure to train and supervise employees and other agents regarding appropriate methods for obtaining sales and marketing information for the benefit of ValueLabs would harm a third party such as DiscoverOrg.

62. ValueLabs breached its duty when it failed to train and supervise its employees by allowing them in the unlawful conduct set forth in this complaint. In particular, ValueLabs failed to properly implement and enforce a policy prohibiting such conduct, as would be required of a reasonable entity.

63. As a direct and proximate result of ValueLabs's negligence, DiscoverOrg has suffered damage in the form of lost profits and diminution of the market value of its database. ValueLabs is liable to DiscoverOrg for compensatory damages in an amount to be proven at trial.

## PRAYER FOR RELIEF

WHEREFORE, DiscoverOrg prays for the following relief:

1. Entry of judgment in its favor and against ValueLabs on all counts;

2. Entry of judgment in its favor against ValueLabs on all of its claims for relief that ValueLabs' unlawful conduct was willful and knowing;

3. As to its first claim for relief, its actual damages and unjust enrichment or

COMPLAINT—1
[3:17-cv-6057]

NEWMAN DU WORS LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

a reasonably royalty, in an amount to be proven at trial, exemplary damages, and its reasonable attorney fees;

4. As to its second claim for relief, its actual damages and unjust enrichment or a reasonably royalty, in an amount to be proven at trial, exemplary damages, and its reasonable attorney fees;

5. As to its third claim for relief, compensatory damages in an amount to be proven at trial;

6. As to its fourth claim for relief, actual damages in an amount to be proven at trial or statutory damages, plus costs including reasonable attorney fees;

7. As to its fifth claim for relief, compensatory damages in an amount to be proven at trial;

8. As to its sixth claim for relief, compensatory damages in an amount to be proven at trial;

9. As to its seventh claim for relief, the amount to be proven at trial by which ValueLabs has been unjustly enriched;

10. As to its eighth claim for relief, compensatory damages in an amount to be proven at trial;

11. As to its ninth claim for relief, compensatory damages in an amount to be proven at trial;

12. Exemplary damages for ValueLabs' willful and knowing infringement, theft, and misappropriation;

13. Immediate and permanent injunctive relief enjoining ValueLabs from using DiscoverOrg's trade secrets, copyrighted materials, and misappropriated products or services;

14. An award of DiscoverOrg's costs of suit, including the costs of experts and reasonable attorneys' fees as permitted by law, for example pursuant to 18 u.s.c. § 1832 et seq., rcw 19.108 et. Seq., and 17 u.s. code § 505;

15. An award of pre- and post-judgment interest; and

COMPLAINT—1
[3:17-cv-6057]

Newman Du Wors LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

16. Such other relief as the court may deem just and equitable.

Dated: December 19, 2017

Newman Du Wors LLP

s/John Du Wors
s/Nathan Durrance
John Du Wors, WSBA No. 33987
Nathan Durrance, WSBA No. 41627
2101 Fourth Avenue, Suite 1500
Seattle WA 98121
Telephone:  (206) 274-2800
Facsimile:   (206) 274-2801
Email:        *john@newmanlaw.com*
                  *nathan@newmanlaw.com*

Attorney for Plaintiff
DiscoverOrg, LLC

COMPLAINT—1
[3:17-cv-6057]

Newman Du Wors LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800